CORA WOODBURY, Appellant, *v.* SARAH T. WOODBURY, Respondent, Impleaded with Others.

*Woodbury* v. *Woodbury*, 144 App. Div. 680, affirmed.
(Argued March 25, 1912; decided April 9, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department,

entered June 7, 1911, modifying and affirming as modified a final judgment entered upon the report of a referee in an action to recover dower and damages for withholding the same.

*D-Cady Herrick, James J. Farren* and *Benjamin Patterson* for appellant.

*George S. Billings* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, ·VANN, WERNER, HISCOCK and COLLIN, JJ.